No. 538. SOUTHERN PACIFIC R. CO. *v.* AMBLER GRAIN & MILLING CO. December 4, 1933. Petition for writ of

certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. J. R. Bell* and *Frank Thunen* for petitioner. *Mr. Archibald H. Vernon* for respondent.